# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| NATIONAL MEDICAL IMAGING, LLC and NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC,<br><br>Alleged Debtors.<br>_____ / | Case No.: 08-17351-elf<br>Case No.: 08-17348-elf<br>(Jointly Administered) |
| NATIONAL MEDICAL IMAGING, LLC and NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK N.A., *et al.*,<br><br>Defendants.<br>_____ / | Adv. Case No.: 14-00250-elf<br>Adv. Case No.: 14-00251-elf<br>(Consolidated for Pre-Trial and Trial) |

## U.S. BANK DEFENDANTS' OBJECTIONS TO PROPOSED PRESENTATION OF TESTIMONY AS DESCRIBED BY PLAINTIFFS

The U.S. Bank Defendants, by undersigned counsel, object to the proposed presentation of testimony as described by Plaintiffs (in Plaintiffs' Amended List dated November 4, 2022) on the following grounds:

1. As to deposition transcripts, the U.S. Bank Defendants preserve their objections to specific questions as stated during the depositions.

2. The U.S. Bank Defendants object to Plaintiffs' use of both live testimony and prior deposition/trial testimony of the same witness as evidence in chief. Plaintiff may use prior recorded testimony, if appropriate and relevant, for purposes of impeachment or if the witness is unavailable.

3. The U.S. Bank Defendants preserve their objections as to the relevance of prior recorded testimony.

4. The U.S. Bank Defendants assert that the "rule of completeness" should apply and reserve the right to introduce such additional prior testimony that is necessary to provide the complete testimony on the subjects at issue.

5. The U.S. Bank Defendants request a more specific designation of the testimony Plaintiffs seek to introduce by using deposition or trial transcripts, with an indication of the pages in those transcripts that Plaintiffs seek to introduce.

*Respectfully submitted,*

*/s/ Peter H. Levitt*
Peter H. Levitt, Esq.
Fla. Bar No. 650978
SHUTTS & BOWEN LLP
200 South Biscayne Boulevard
Suite 4100
Miami, Florida  33131
Telephone: 305-358-6300
Telecopier: 305-415-9847
plevitt@shutts.com
*Attorneys for U.S. Bank Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing was served by electronic mail this 7th day of November 2022 upon Aris J. Karalis, Esq. Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103 (akaralis@karalislaw.com); Steven M. Coren, Esq. and Janice D. Felix, Esq., Kaufman, Coren & Ress, P.C., 2001 Market Street, Suite 3900 Philadelphia, PA 19103 (scoren@kcr-law.com & jfelix@kcr-law.com); and Amy E. Vulpio, Esq., White and Williams LLP, 1650 Market Street, 18th Floor, Philadelphia, PA 19103 (vulpioa@whiteandwilliams.com).

                                By:  */s/ Peter H. Levitt*
                                   Peter H. Levitt

MIADOCS 25288250 1