IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| NATIONAL MEDICAL IMAGING, LLC and | : | Case No.: 08-17351-jkf |
| NATIONAL MEDICAL IMAGING HOLDING | : | Case No.: 08-17348-jkf |
| COMPANY, LLC, | : | |
| | : | |
| Alleged Debtors | : | Involuntary Chapter 7 Cases |
| | : | |
| NATIONAL MEDICAL IMAGING, LLC and | : | Adv. Case No.: 14-00250 |
| NATIONAL MEDICAL IMAGING HOLDING | : | Adv. Case No.: 14-00251 |
| COMPANY, LLC, | : | (Consolidated for Pre-Trial and Trial) |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| U.S. BANK N.A., *et al*,. | : | |
| | : | |
| Defendants | : | |

**ORDER GRANTING MOTION FOR EXPEDITED CONSIDERATION**

AND NOW, this **14th day of November 2022**, upon consideration of the Motion of the U.S. Bank Defendants for Expedited Consideration (the **"Motion for Expedited Consideration"**) of their Motion to Limit Scope of Fee Trial and to Exclude Certain Testimony and Evidence and their Motion to Apply Collateral Estoppel and/or Law of the Case (collectively, the **"Pre-Trial Motions"**), and finding that sufficient grounds exist to grant the Motion for Expedited Consideration, IT IS **ORDERED** that:

1. The Motion for Expedited Consideration is **GRANTED**.

2. A hearing on the Pre-Trial Motions shall be held on **November 23, 2022, at 2:00 p.m.** The hearing will be conducted by Zoom video conference.

1

2

3. Any responses or objections to the Pre-Trial Motions shall be filed with the

Court and served on opposing counsel on or before **1:00 p.m. on November 22, 2022**.

_____
Eric L. Frank
United States Bankruptcy Judge